EUGENE H. KAUFMANN, Appellant, v. ANNA HELD, Respondent.

Appeal from an order denying a motion to vacate an order for the examination of plaintiff before trial.

PER CURIAM: This order violates the steadily maintained rule of this court through all controversies. The defendant, having set up no affirmative defense, seeks to examine plaintiff as to his cause of action and what he must prove in order to succeed. This has never been allowed in this department. The order appealed from is reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

LEANDER B. FABER, as Receiver in Supplementary Proceedings of PATRICK H. FLYNN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Laughlin, J., dissented.

EDWARD W. NORRIS, Appellant, v. EMANUEL J. MYERS, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

BARBARA HENSLE, as Administratrix, etc., Respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LORD ELECTRIC COMPANY, Respondent, v. BARBER ASPHALT PAVING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CLARENCE B. SISSON, as Executor, etc., Appellant, v. HENRY A. SEESSELBERG and Another, Individually and as Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Smith, J., dissented.

OTTO KRAUSS, Appellant, v. FRANCIS DRAZ & COMPANY, Respondent. — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.